# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-2872-GW-MRWx | Date | October 13, 2022 |
|---|---|---|---|
| Title | *Alex Rivera v. Experian Information Solutions, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 11, 2022, Plaintiff Alex Rivera filed a Notice of Settlement as to remaining Defendant Experian Information Solutions, Inc. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 28 days. The Court now sets an order to show re: settlement hearing for November 14, 2022 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on November 10, 2022.

|  | : |
|---|---|
| Initials of Preparer | JG |